C/h 12-11-19

SNB/CJR: USAO2019R00082

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | UNDER SEAL |
| v. | * | CRIMINAL NO. SAG-19-0585 |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | * | (Conspiracy to Distribute and Possess |
| | * | With Intent to Distribute Cocaine, 21 |
| TANICHA NICOLA LEWIS▓ | * | U.S.C. § 846; Possession With Intent |
| | * | to Distribute Cocaine, 21 U.S.C. § |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | * | 841(a)(1)) |
| Defendants. | * | |

*********

## INDICTMENT

### COUNT ONE
(Conspiracy to Distribute and Possess With Intent to Distribute Cocaine)

The Grand Jury for the District of Maryland charges that:

In or about October 2019, in the District of Maryland, the Eastern District of New York, and elsewhere, the defendants,

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

TANICHA NICOLA LEWIS▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury to knowingly, intentionally, and unlawfully distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

21 U.S.C. § 846

## COUNT TWO
### (Possession With Intent to Distribute Cocaine)

The Grand Jury for the District of Maryland further charges that:

On or about October 24, 2019, in the District of Maryland, the defendant,

████████████

did knowingly, intentionally, and unlawfully possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(ii)
18 U.S.C. § 2

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendants that the United States of America will seek forfeiture as part of any sentence in accordance with Title 21, United States Code, Section 853, in the event of the defendants' convictions under Count One, Count Two, or both Count One and Count Two of the Indictment.

2. Pursuant to Title 21, United States Code, Section 853(a), upon conviction of an offense in violation of the Controlled Substances Act, as alleged in Counts One and Two of the Indictment, the defendants,



**TANICHA NICOLA LEWIS**

shall forfeit to the United States of America:

    a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation; and

4

    b. any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, such violation.

21 U.S.C. § 853
Fed. R. Crim. P. 32.2(a)

_[signature]_ SMB
Robert K. Hur
United States Attorney

A TRUE BILL:

█████████████████

Foreperson

Date: _December 11, 2019_